No. 74–6178. BORUSKI *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 74–998. FOWLER ET AL. *v.* OREGON. Ct. App. Ore. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–1011. MICHAELSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–1059. FORTH CORP. ET AL. *v.* ALLEGHENY AIRLINES, INC., ET AL.; and

No. 74–1223. UNITED STATES *v.* ALLEGHENY AIRLINES, INC., ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74 1060. FORTH CORP. ET AL. *v.* ALLEGHENY AIRLINES, INC., ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–1083. SCHAEFER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–1105. FORREST ET AL., DBA FORREST & KIEFER *v.* CAPITAL BUILDING & LOAN ASSN. ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–1109. PROCTER & GAMBLE CO. ET AL. *v.* CITY OF CHICAGO. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.